UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES KIGER,

    Plaintiff,　　　　　　　　　　CASE NO.: 6:19-cv-2205

vs.

GUTTERS UNLIMITED LLC. A Florida
Limited Liability company, and
BRIAN ALSTON,

    Defendants.
_____/

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

The Plaintiff JAMES KIGER ("Plaintiff") by and through its undersigned counsel, hereby files this Complaint against the Defendants GUTTERS UNLIMITED LLC., and BRIAN ALSTON (Hereinafter Defendant" or "Defendants") for Violations of Fair Labor Standards and for Failure to Pay Plaintiff wages owed. As grounds therefore and in support thereof, the Plaintiff would state as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this action and the Defendant pursuant to 29 U. S. C. §216(b).

2. Venue is proper because all the actions relevant to this matter occurred within the jurisdiction of this Court.

3. Plaintiff is an individual and resident of Brevard County Florida.

4. Defendant GUTTERS UNLIMITED LLC. Is a Limited Liability Company with its principal place of business in Brevard County Florida.

5. Defendant Alston is an individual and resident of Brevard County Florida.

6. This action involves parties and property located within the venue of this Court.

7. All conditions precedent to the institution of this action have been either met, excused or waived.

8. All omissions or commissions with regard to this lawsuit occurred in Brevard County, Florida.

## FACTS

9. Plaintiff was at all times material hereto employed by Defendants within the meaning of the FLSA and Florida law.

10. Plaintiff worked for Defendants in the Gutter business until September 10, 2019.

11. Defendants individually and/or through an enterprise or agent, directed and exercised control over Plaintiff's work and wages at all relevant times.

12. Plaintiff worked in excess of 40 hours per week without receiving overtime compensation.

13. Plaintiff was paid less than minimum wage.

14. Defendants failed to pay Plaintiffs any wages at all for the final days Plaintiff worked for Defendants.

15. Plaintiff repeatedly demanded payment of the above amount (both verbally and in writing).

16. Defendants have failed to make payment.

## COUNT I – VIOLATION OF FAIR LABOR STANDARDS

17. Paragraphs 1 through 16 are hereby realleged as if fully set forth herein.

18. Defendants failed to pay Plaintiff overtime compensation.

19. Defendant failed to pay Plaintiff minimum wages.

**WHEREFORE**, Plaintiff demands Trial by Jury on all issues so triable, judgment against Defendants, Damages, Liquid Damages, prejudgment interest, costs and attorneys' fees, and any other relief as is just.

## COUNT II – UNPAID WAGES

20. A Paragraphs 1 through 16 are hereby realleged as if fully set forth herein.

21. At all times material hereto, Plaintiff was employed by Defendants

22. In both policy and practice, the Defendants failed to pay the Plaintiff wages or compensation for the time he spent working for Defendants.

23. Plaintiff was obligated to hire the undersigned law firm to represent it in this action and has agreed to pay said law firm a reasonable fee for its services.

24. Due to Defendants' illegal wage practices, Plaintiff is entitled to recover from Defendants, compensation for unpaid wages, prejudgment interest, and reasonable attorney's fees and costs of this action under Fla. Stat. § 448.08.

**WHEREFORE**, Plaintiff demands Trial by Jury on all issues so triable, judgment against Defendants, Damages, prejudgment interest, costs and attorneys' fees, and any other relief as is just.

**DATED** November 19, 2019.

SHANE M. SMITH, P.A.

/s/ David Disston

_____
Shane M. Smith, LL.M., Esq. 107872
David F. Disston, Esq. 119133
3845 W. Eau Gallie Blvd., Suite 104
Melbourne, Florida 32934
Phone: 321-724-1919
Primary Email: service@shanesmithlegal.com
Secondary Email: knilan@shanesmithlegal.com